Aubrey F. Hammond, Jr. (VSB # 28256)
16 North 8th Street, First Floor
Richmond, VA 23219
(804) 644-2546
Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re:**

      **GERALD STREAT,**              **Case No.14-31436-KRH**

              **Debtor**           **Chapter 13**

      **848 Rosemont Road
Richmond, VA   23224**

**MOTION TO VACATE ORDER OF DISMISSAL
AND TO REINSTATE CASE**

COMES NOW the Debtor, by counsel, and motions the Court to vacate its order dismissing this case for the Debtor's failure to make timely payments to the chapter 13 trustee for the following reasons:

1.     The Debtor was dismissed from this chapter 13 case on June 2, 2014 for failure to timely make his first payment to the chapter 13 trustee.

2.     The Debtor has now commenced payments to the chapter 13 trustee.   He desires to continue payments to the chapter 13 trustee and to remain in this case.

WHEREFORE, the Debtor requests the Court to vacate its order of dismissal and to reinstate this case.

              Respectfully submitted,
              GERALD STREAT

              By /s/ Aubrey F. Hammond, Jr.

CERTIFICATE

I hereby certify that on June 4, 2014, I mailed a true copy of this Motion to all parties on the attached matrix.

/s/ Aubrey F . Hammond, Jr.
Counsel

Aubrey F. Hammond, Jr. (VSB # 28256)
16 North 8th Street, First Floor
Richmond, VA 23219
(804) 644-2546
Counsel for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**In re:**

**GERALD STREAT,**
**SSN: xxx-xx-8237**                          **Case No.14-31436-KRH**
              **Debtor**            **Chapter 13**

**848 Rosemont Road**
**Richmond, VA   23224**

### NOTICE OF MOTION AND HEARING

The Debtor  has filed papers with the court to vacate the order dismissing his Chapter 13 bankruptcy case and to reinstate his case on the Court's docket.

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven (7) days prior to the date of the hearing, you or your attorney must:

File  with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H) at:

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Room 4000
        Richmond, VA 23219

If you mail your written response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to the attorney for the Debtor and to the Chapter 13 Trustee:

Address of attorney for the debtors:        Aubrey F. Hammond, Jr.
                        16 North 8th Street, First Floor
                        Richmond, VA 23219
                        (804) 644-2546

Address of Chapter 13 Trustee:                Robert E. Hyman, Trustee
                                              P.O. Box 1780
                                              Richmond, VA 23218-1780

      You must also attend a hearing on the motion to vacate the dismissal to be held at the United States Bankruptcy Court,  Judge Huenneken's Courtroom, Suite 5000, 701 East Broad Street, Richmond, Virginia 23219 on June 25, 2014 at 10:30 a.m.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: June 4, 2014

        /s/ Aubrey F. Hammond, Jr.
        Aubrey F. Hammond, Jr., VSB# 28256
        16 North 8th Street, First Floor
        Richmond, VA 23219
        Tel: (804) 644-2546
        Counsel for Debtor

## PROOF OF SERVICE

      I hereby certify that on June 4, 2014, I have transmitted a true copy of the foregoing documents electronically through the Court's CM/ECF system or by mail to the Debtor, the standing trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties of interest in the mailing matrix attached hereto.

        /s/ Aubrey F. Hammond, Jr.


American Collections
205 S. Whiting St., Ste. 500
Alexandria, VA 22304-0000

Bon Secour Richmond Health Sys
P.O. Box 28538
Attn:Bankruptcy Dept.
Richmond, VA 23228-8538

Capio Partners
2222 Texoma Pkwy
Suite 150
Sherman, TX 75091-0000

Centra
PO Box 79940

Baltimore, MD 21279-0000

CJW Medical Center
PO Box  740760
Cincinnati, OH 45274-0000

Comcast
8029 Corporate Drive
Nottingham, MD 21236-4977

Commonwealth Anesthesia Assoc
P.O. Box 35808
Richmond, VA 23235-0000

Credit Bureau Services
P.O. Box 826
Christiansburg, VA 24068-0000

Creditors Collection Service
P.O. Box 21504
Roanoke, VA 24018-0000

Focused Recovery Solutions
9701 Metropolitan Court
Suite B
Richmond, VA 23236-0000

GM Financial
P.O. Box 183834
Attn: Bankruptcy Dept.
Arlington, TX 76096-0000

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LCA Collections
P.O. Box 2240
Burlington, NC 27216-0000

NCO Financial
PO  Box 15630
Dept. 805
Wilmington, DE 19850-0000

Neurological Associates, Inc.
7301 Forest Avenue, Ste. 302
Richmond, VA 23226-0000

Office of the U.S. Trustee
701 East Broad Street

Suite 4304
Richmond, VA 23219-1885

Prince Edward County
Donna Nunnally, Tres.
P.O. Box 522
Farmville, VA 23901-0000

Robert Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218-1780

Springleaf Financial Services
1506 S. Main Street
Suite 24
Farmville, VA 23901-0000

St. Francis Medical Center
c/o Pellettieri & Associates
P.O. Box 536
Linden, MI 48451-0000

VA Department of Taxation
P.O. Box 1115
Attn: Bankruptcy Dept.
Richmond, VA 23218-0000

West End Orthopaedic Clinic
P.O. Box 35725
Richmond, VA 23236-0000

www.mobiloans.com
P.O. Box 1409
Marksville, LA 71351-0000